```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 05 B 18359
   MARILYN J JORDAN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7729


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/09/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  50.92% from remaining funds.

     The case was paid in full 06/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
MIDLAND MORTGAGE CO         CURRENT MORTG       .00            .00             .00
SN SERVICING CORPORATION    MORTGAGE ARRE   9951.15            .00         9951.15
AT & T BANKRUPCTY           UNSECURED      NOT FILED           .00             .00
AT&T                        NOTICE ONLY    NOT FILED           .00             .00
CAPITAL ONE                 UNSECURED OTH   1631.63            .00          829.26
CITY OF CHICAGO PARKING     UNSECURED OTH   1645.00            .00          836.06
COMMONWEALTH EDISON         UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON         NOTICE ONLY    NOT FILED           .00             .00
PAYDAY LOAN                 UNSECURED      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED        143.71            .00           73.12
AT & T BANKRUPCTY           UNSECURED      NOT FILED           .00             .00
SBC                         NOTICE ONLY    NOT FILED           .00             .00
UNION BANK OF IL            UNSECURED OTH  29671.68            .00        15113.27
MIDLAND MORTGAGE CO         MORTGAGE ARRE    904.73          72.22          904.73
AAA CHECKMATE               UNSECURED OTH    898.18            .00          456.49
SN SERVICING CORPORATION    CURRENT MORTG       .00            .00             .00
BROTHER LOAN & FINANCE      UNSECURED OTH   1078.00            .00          547.89
CAPITAL ONE                 UNSECURED OTH    560.43            .00          284.84
CAPITAL ONE                 UNSECURED OTH    718.12            .00          364.97
ZALUTSKY & PINSKI LTD       REIMBURSEMENT    194.00            .00          194.00
SECRETARY OF HOUSING & U    SECURED NOT I       .00            .00             .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY    2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                       1,872.00
DEBTOR REFUND               REFUND                                          840.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 35,040.00

PRIORITY                                         194.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 18359 MARILYN J JORDAN
```

```
SECURED                                                     10,855.88
    INTEREST                                                    72.22
UNSECURED                                                   18,505.90
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         1,872.00
DEBTOR REFUND                                                  840.00
                                    ---------------     ---------------
TOTALS                                    35,040.00           35,040.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```